■ In the Matter of OMARI ROSERO, Petitioner, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent. [997 NYS2d 96]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Peters, P.J., Lahtinen, McCarthy, Rose and Lynch, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.

■ In the Matter of ARTHUR FRAZIER, Petitioner, v THOMAS GRIFFIN, as Superintendent of Eastern Correctional Facility, Respondent. [997 NYS2d 96]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision which found petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Lahtinen, J.P., McCarthy, Rose, Lynch and Clark, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.